**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Carlos Tobar Joost,<br>Plaintiff(s),<br>v.<br>Home Depot Management Company, LLC, et al.,<br>Defendant(s). | Case No. 2:26-cv-02507-RFB-NJK<br>**Order** |

In violation of Local Rule IC 2-2(a)(3)(A), Home Depot filed the removal petition and exhibits thereto as a single PDF. No later than August 21, 2026, Home Depot must file a notice of corrected image that correctly dockets the removal petition and exhibits.

IT IS SO ORDERED.

Dated: August 14, 2026

Nancy J. Koppe
United States Magistrate Judge