**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carlos Tobar Joost,

Plaintiff(s),

v.

Home Depot Management Company, LLC, et al.,

Defendant(s).

Case No. 2:26-cv-02507-RFB-NJK

**Order**

Pending before the Court is an order for Attorney Lynn Rivera to show cause why she has not complied with Local Rule IA 11-1(b). Docket No. 4. Attorney Rivera filed a response. Docket No. 9.

"[A]n attorney who is admitted to practice in Nevada but who does not maintain an office in Nevada" must associate or designate a local attorney who does maintain such an office. Local Rule IA 11-1(b)(1). A "mail-drop location does not constitute an office under this rule." *Id.* Instead, the location must be a "bona fide office . . . where clients are met, where files are kept, where telephones are answered, where mail is received, and where counsel can be reached during business hours." *Colony Ins. Co. v. Sanchez*, 2019 U.S. Dist. LEXIS 41796, *2 (D. Nev. Mar. 14, 2019). Hence, a bona fide office is where an attorney regularly works, not a place designed merely to accept service. *See id.*

The response to the pending order to show cause identifies a Reno address where service is accepted. *See* Docket No. 9 at 1, 2. The response also states without meaningful elaboration that counsel "maintains a presence at the Nevada office." *Id.* at 2. Although unclear, it appears that this location resembles a simple mail drop location. Moreover, the Court takes judicial notice that the location appears to be a residential property and that the location is not listed as an office on counsel's law firm website. *See United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir.

2012) (taking judicial notice of Google map); *in re Packaged Seafood Prods. Antitrust Litig.*, 338 F. Supp. 3d 1118, 1132 n.8 (S.D. Cal. 2018) (taking notice of website contents).

Accordingly, the Court **DEFERS** ruling on the pending order to show cause. If counsel continues to resist complying with Local Rule IA 11-1(b), she must file a declaration detailing how the subject property qualifies as a bona fide office. Such declaration must be filed by August 31, 2026. The filing of a notice of compliance with this rule by August 31, 2026, will result in the automatic discharge of this order to show cause.

IT IS SO ORDERED.

Dated: August 24, 2026

Nancy J. Koppe
United States Magistrate Judge