Lynn V. Rivera, Esq. (State Bar No. 196602)
lrivera@zellaw.com
**ZELMS ERLICH LENKOV LLP**
2032 Whitecliff Dr.
Reno, NV 90521
Telephone: (775)450-6487
Facsimile: (818) 279-2550

**Mailing Address:**

20920 Warner Center Lane, Suite B
Woodland Hills, California 91367

Attorneys for Defendants, HOME DEPOT U.S.A., INC. (erroneously sued as Home Depot Management Company, LLC), AMY CAMPBELL, and JULIO MEMBRENO

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas

**UNITED STATES DISTRCT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| CARLOS TOBAR JOOST, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT MANAGEMENT COMPANY, LLC, a Foreign Limited-Liability Company, d/b/a THE HOME DEPOT; HOME DEPOT USA, INC. a Foreign Limited-Liability Company, d/b/a THE HOME DEPOT; AMY CAMPBELL, an individual; JULIO MEMBRENO, and individual; DOE INDIVIDUALS I-XX; ROE ENTITIES 1-XX; inclusive,<br><br>Defendants, | Case No.: 2:26-cv-02507-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME ON FILING OPPOSITION BRIEF** |

Comes Now Plaintiff CARLOS TOBAR JOOST and HOME DEPOT U.S.A., INC. by and through their Counsel of Record and hereby stipulate that the time for filing the Opposition to Plaintiff's Motion for Remand is extended seven days to September 18, 2026.

///

DATED: September 11, 2026

**ZELMS ERLICH LENKOV LLP**

LYNN RIVERA, ESQ.
Nevada Bar No. 6797

*Attorneys for Defendants*

**BIGHORN LAW GROUP**

/s/ Ryan A. Loosvelt

KIMBALL JONES, ESQ.
Nevada Bar No. 12982
RYAN A. LOOSVELT, ESQ.
Nevada Bar No.: 8550
JEANETTE MARQUEZ, ESQ.
Nevada Bar No.: 16928

*Attorneys for Plaintiff*

The Court **GRANTS** this extension request as a one-time courtesy, but counsel must in the future identify why it is that they need more time per Local Rule IA 6-1(a).

IT IS SO ORDERED.

Dated: September 14, 2026

.
.

Nancy J. Koppe
United States Magistrate Judge

ZELMS ERLICH LENKOV California | New Mexico | Arizona | Texas